KTC:TH
F# 2005R01849

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    - against -<br><br>KHAMELA RAJKARAN,<br><br>        Defendant. | I N D I C T M E N T<br><br>Cr. No. _____<br>(T. 18, U.S.C., §§<br>1001(a)(2) and 3551 et<br>seq.) |

- - - - - - - - - - - - - - - - -X

THE GRAND JURY CHARGES:

On or about September 9, 2004, within the Eastern District of New York, the defendant KHAMELA RAJKARAN did knowingly and willfully make a materially false, fictitious and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: the Federal Bureau of Investigation, in that the defendant KHAMELA RAJKARAN stated and represented that the last contact she had with Jerome Martin, also known as "Black," was "a couple of days ago," when, in fact, as she then and there well knew and believed, she had contact with Jerome Martin on September 9, 2004.

2

(Title 18, United States Code, Sections 1001(a)(2) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

Case 1:05-cr-00770-DGT   Document 1   Filed 10/12/05   Page 3 of 3 PageID #: 3